```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT


JOHN BALDASARO,                      :
              Plaintiff,             :
                                     :
         v.                          : Docket No. 2:16-CV-252
                                     :
VERMONT DEPARTMENT OF                :
CORRECTIONS, LISA MENARD, and        :
MARYANN ZAJCHOWSKI,                  :
              Defendants.            :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed June 14, 2017.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion to dismiss (Doc. 10) for insufficient service is DENIED.  It is further ordered that Plaintiff's Motion to Extend the Deadline for Service of Process (Doc. 12) is GRANTED. Baldasaro shall have 30 days from the date of this order in which to effect proper service upon the Defendants.

Dated at Burlington, in the District of Vermont, this 17th day of July, 2017.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge